**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Feb 09, 2012     TIME RECEIVED: 07:20AM     TOTAL SERVED: 41

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | John H. Brown, II<br>Catherine A. Brown | CASE NO: 3:11-bk-06916-JAF |

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:   Robert Altman
ADDRESS             P.O. Box 922
                    Palatka, FL 32178
PHONE               386-325-4691

On Thursday, February 09, 2012, a copy of the following documents, described below,

**Notice of Intention to Sell Property of the Estate**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: February 9, 2012

/s/ Elizabeth Harlan
Elizabeth Harlan
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

Certificate of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-06916-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu Feb  9 11:42:48 EST 2012 | Huntington National Bank<br>PO Box 89424<br>Cleveland, Oh 44101-6424 | Space Coast Credit Union<br>c/o Roy A. Diaz<br>PO Box 11438<br>Fort Lauderdale, FL 33339-1438 |
| United States Trustee - JAX 13/7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | ~~United States Bankruptcy Court~~<br>~~300 North Hogan Street Suite 3-350~~<br>~~Jacksonville, FL 32202-4267~~ | ACS/Dept of Education<br>501 Bleeker St<br>Utica NY 13501-2401 |
| Alliance One<br>4850 Street Road Ste 300<br>Feasterville Trevos PA 19053-6643 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bangor Savings Bank<br>POBox 930<br>Bangor ME 04402-0930 |
| Bank of America<br>PO Box 17054<br>Wilmington DE 19850-7054 | Bank of America<br>POB 1390<br>Norfolk VA 23501-1390 | Carlton Company<br>2323 South Voss Ste 460<br>Houston TX 77057-3812 |
| Chase<br>POBox 15548<br>Wilmington DE 19886-5548 | Chase/Bank One<br>Cardmember Service<br>POBox 15298<br>Wilmington DE 19850-5298 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Donald R. Jacob<br>and M. Christina Jacob<br>POBox 288<br>Orono ME 04473-0288 | E. Richards Brabham, III<br>550 Main Street Fourth Floor<br>Knoxville TN 37902-2515 |
| Encore Receivable Managment<br>400 N. Rogers Rd.<br>Olathe KS 66062-1212 | FedLoanserving Stdnt Loan<br>c/o Higher One, Inc.<br>25 Science Park<br>Box 201<br>New Haven CT 06511-1968 | Firstsource Advantage<br>205 Bryant Woods South<br>Buffalo NY 14228-3609 |
| Flagler County Tax Collector - Suzanne Johns<br>P.O. Box 846<br>Bunnell FL 32110-0846 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | George M. Miller, Trustee<br>PO Box 351<br>Loudon, TN 37774-0351 |
| HSBC Bank<br>POB 5253<br>Carol Stream IL 60197-5253 | Higher One Inc.<br>25 Science Park<br>Box 201<br>New Haven CT 06511-1984 | Huntington National Bank<br>7450 Huntington Pa<br>Columbus OH 43235-5740 |
| JC Christensen<br>PO Box 519<br>Sauk Rapids MN 56379-0519 | Loudon County Trustee<br>Box 351<br>Loudon TN 37774-0351 | NCB Management Services, Inc<br>PO Box 1099<br>Langhorne PA 19047-6099 |

| | | |
|---|---|---|
| Northstar Location Svcs<br>4285 Genesee Street<br>Buffalo NY 14225-1943 | Smith, Hiatt & Diaz, PA<br>PO Box 11438<br>Fort Lauderdale FL 33339-1438 | Space Coast Credit Un<br>POBox 948259<br>Maitland FL 32794-8259 |
| SunTrust Bank Recovery Dept<br>POBox 85041<br>CS-RVW-7942<br>Richmond VA 23285-5041 | Tellico Village PO Assn<br>112 Chota Center<br>Loudon TN 37774-2886 | Tellico Village POA<br>Attn: Ashley Chambers<br>112 Chota Center<br>Loudon TN 37774-2886 |
| US Dept of Educ<br>2401 International<br>POBox 7859<br>Madison WI 53707-7859 | United Collection Bureau, In<br>5620 Southwyck Blvd Ste 205<br>Toledo OH 43614-1501 | ~~United States Trustee~~<br>~~135 W Central Blvd, Suite 620~~<br>~~Orlando, FL 32801-2440~~ |
| ZAKHEIM & ASSOC. P.A.<br>1045 S. University Dr # 202<br>Fort Lauderdale FL 33324-3333 | Catherine A. Brown<br>118 Whispering Pine Drive<br>Palm Coast, FL 32164-2203 | Edward P Jackson<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202-2820 |
| John H Brown II<br>118 Whispering Pine Drive<br>Palm Coast, FL 32164-2203 | Robert Altman<br>PO Box 922<br>Palatka, FL 32178-0922 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Collateral Service Corporati<br>POBox 1290<br>Whiteville NC 28472 | (d)Branch Banking & Trust Co<br>POBox 1290<br>Whiteville NC 28472 | Discover Financial Services,<br>POBox 15316<br>Wilmington DE 19850-5316 |

End of Label Matrix
Mailable recipients     43
Bypassed recipients      0
Total                   43